CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUTONG VITERI WANG, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 5:26-cv-03319 VKD<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**<br><br>Re: Dkt. No. 12 |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 6, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiffs filed a complaint in which they seek adjudication of their Form I-485, Application to Register Permanent Residence or Adjust Status and Form I-130, Petition for Alien Relative. Dkt. No. 1. United States Citizenship and Immigration Services ("USCIS") scheduled Plaintiff Wang an interview for July 7, 2026. If additional evidence is required after the interview, an extension may be needed to request the evidence and complete the adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 6, 2026, at which time the parties will file a joint status report. At that time, the parties may

Stipulation
C 5:26-cv-03319 VKD                    1

request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 1, 2026                           Respectfully submitted,[1]

                                              CRAIG H. MISSAKIAN
                                              United States Attorney


                                              /s/ Molly A. Friend
                                              MOLLY A. FRIEND
                                              Assistant United States Attorney

                                              Attorneys for Defendants


Dated: July 1, 2026

                                              /s/ Yutong Viteri Wang
                                              YUTONG VITERI WANG
                                              *Pro Se*


                                               /s/ Scott Wang-Lucus Viteri
                                              SCOTT WANG-LUCUS VITERI
                                              *Pro Se*


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:   July 2, 2026

                                              *Virginia K. DeMarchi*
                                              VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 5:26-cv-03319 VKD                    2